UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLON OLIVER, JR.,<br><br>Defendant. | 3:25-CR-30019-ECS<br><br>ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION |

On June 16, 2025, Marlon Oliver, Jr., moved to dismiss Counts V, IX, and XI of his indictment for failing to state an offense under Fed. R. Crim P. 12(b). Doc. 24. On July 9, 2025, pursuant to D.S.D. Local Rule 57.11(A)(2)(a), Magistrate Judge Mark Moreno considered the matter and entered his Report and Recommendation on Partial Motion to Dismiss, Doc. 31, recommending that this Court either deny Oliver's motion without prejudice or hold it in abeyance until trial.

The time for objecting to the Report and Recommendation has passed. Fed. R. Crim. P. 59(b)(2). As neither party objected, this Court "is not required 'to give any more consideration to the magistrate's report than the court considers appropriate.'" United States v. Murillo-Figueroa, 862 F. Supp. 2d 863, 866 (N.D. Iowa 2012) (quoting Thomas v. Arn, 474 U.S. 140, 150 (1985)). The Court considers Judge Moreno's reasoning sound. It is therefore

ORDERED that the Report and Recommendation on Partial Motion to Dismiss, Doc. 31, is adopted in full. It is further

ORDERED that Oliver's Motion to Dismiss, Doc. 24, is denied without prejudice.

DATED this 9th day of October, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE